United States Courts
Southern District of Texas
FILED

*February 06, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____Houston_____ DIVISION

Janet Gonzales

§
§
§
versus                                    §          CIVIL ACTION NO. **4:25-cv-700**

Memorial Hermann Healthcare

§
§
§

EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This action is brought under Title VII of the Civil Rights Act of 1964 for employment

discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2.  The Plaintiff is:                 Janet Gonzales

    Address:                          3906 Burch St.
    713-295-9733                      Houston, TX 77003

    County of Residence:             Harris County

3.  The defendant is:                 Memorial Hermann

    Address:                          6400 Fannin Suite 1400
                                      Houston, Texas 77030

☐   Check here if there are additional defendants. List them on a separate sheet of paper with

    their complete addresses.

4.  The plaintiff has attached to this complaint a copy of the charges filed on 09/01/2024

with the Equal Opportunity Commission.

5.  On the date of 12/19/24 , the plaintiff received a Notice of Right to Sue letter

issued by the Equal Employment Opportunity Commission; a copy is attached.

1

6.  Because of the plaintiff's:

    (a)  ☒  race

    (b)  ☐  color

    (c)  ☐  Sex

    (d)  ☐  Religion

    (e)  ☐  national orgin,

    the defendant has:

    (a)  ☐  failed to employ the plaintiff

    (b)  ☒  terminated the plaintiff's employment

    (c)  ☐  failed to promote the plaintiff

    (d)  ☒  other:  age -

    _____

    _____

7.  When and how the defendant has discriminated against the plaintiff:

    ① 05/2023 - Special treatment Given to
    (Black employee) Cierra Fredricks (she yelled at me and got transferred)

    ② 8/2024 - Special treatment given to
    Black employee (Yvonne) after she
    raised her
    Fist at me
    and Said
    ("I will hurt you")
    She is Still
    employed -

8.  The plaintiff requests that the defendant be ordered:

    (a)  ☐  to stop discriminating against the plaintiff

    (b)  ☐  to employ the plaintiff

    (c)  ☐  to re-employ the plaintiff

    (d)  ☐  to promote the plaintiff

    (e)  ☒  to Compensate for
    Racial Discrimination

2

_____

_____ and that;

(f) ☐ the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_____
(Signature of Plaintiff)

Address:

3906 Burch St
Houston, Texas
77003

Telephone:

713-295-9733

3

Hi! Check out this note I just made on Notes Launcher:

RETALIATION

Workplace retaliation is a serious issue that if left unchecked can
foster a toxic work environment and lead to legal consequences.

I resigned due to bullying, harassment, Discrimination, and Hostile work
environment.


Bullied and harassed by Tina lab technician on a daily basis. Because I
reported her to Janice Cobb and Gina huckles regarding a patient
incident.
Tina lied to Gina and Janice, stating I never told her who the patient
was that needed a blood draw.       ( Blanca and Pam in Triage, overheard
their conversation, and told me.
August 21, 2024 I went to the lab and placed the label on the lob log and
walked out of the lab. Tina slammed the door behind me.

I'm two separate occasions, Tina came out of the lab down the hallway to
the nurses station and yelled at me for putting a patient in the lab. I
told her I did not put anyone in the lab that it was glenty Thomas the
nurse practitioner. Glenty looked at me with shock, stating what
happened. I told Glenty that Tina doesn't like patients sitting in the
lab when she's not there. That we need to put them in the lobby.

Once again, same scenario, a patient was taken to the lab This Time by
Christine the nutritionist. Once again Tina comes out of at the lab
directly to me and starts yelling at me. Christine stated what happened.
I once again explain to her how Tina doesn't like anybody going to the
lab.

Harassed by Michelle,   (medical assistant ) regarding FibroScan.
One occurrence happened because FibroScan patients are being put on the
Whiteboard. Michelle decided that this needed to be done because she is
now doing fibro scans. This was never done in the past. Overhead paged
was done when a patient is ready to have a FiboScan. I spoke with
Michelle about this, and she responded with a attitude stating, well we
want to have them on the board. And then walked away, and she said real
loud we'll talk to Janice about it. I then came back around the corner
and told her I already did. Witnesses involved in this incident were
Alethia ( medical assistant ) and Jocelyn (   medical assistant ).

06/2024, Michelle, Tina in the clinic nurses station talking about me.
Little did they know I was standing around the corner. The conversation
was related to Tina and when I reported her to Gina and Jenise about the
patient that needed the blood draw. I came around the corner and they
stopped talking. Alethia and Tori were both Witnesses. I approached
Michelle and I told her, working here is not all about Glitz and glamor.
It's about patient care, sympathy, and when you're unable to accommodate
a patient and care for them, you don't belong in the medical field.

Head of Security kept interrupting me as I'm giving my statement on 8/26/24 reguarding  the occurrence that happened on 8/23/24. When I told him Yvonne jumped in front of me as I was trying to exit the door and I bumped into her, his quote was that was more than a bump. He went on to indicate that the hospital has cameras installed. He went on to say, show me the exit door that is in triage, and whereabouts did this happen. He asked me if I wanted to stick to my statement. I told him yes. In the end, he forgot that I was to show him the exit door to triage and where this incident occurred . He never interviewed my Witness and didn't follow protocol and procedures.

Called by Sapna amd John terminated due to standard of conduct. I said well I hope Yvonne got fired too for verbally assaulting me which is also indicated in standards of conduct. She told me she could not go into that with me. I then told her well it's too late, I've already resigned and I sent my letter to Janice.
Yvonne still working there, even though she Verbally assrulted me.
( Racial discrimination

My Witness

Blanca      ( Triage )
Pam ( Triage )

Christine    ( nutritionist ) witnessed Tina yelling at me for putting a patient in the lab.

Janice Cobb believes Tina and Yvonne lied about the incident that occurred on August 23rd 2024

Glenty Thomas witnessed Tina yelling at me for putting a patient in the lab.

Download the app here: https://t.ly/AzdZJ  .

**Subject**  Incident letter

**To:**  [null <Jcaughron@yahoo.com>]

**From**  Blanca Eguia <eguia2874@gmail.com>

**Date:**  Sun, Oct 6, 2024 at 8:24 PM

To whom it may concern.

I Blanca Eguia, was with Laurie when the event with Yvonne happened; me and Laurie were talking when Yvonne yell at her that she had already started the process of triaging a patient, Laurie said that she had also started and her initials were there, Yvonne came out of her cubicle and yell "I'm not arguing with you Laurie, there's plenty more patients and I have this patient ". Laurie also said that she was not arguing with her, and not to yell at her. Laurie was trying to leave and Yvonne got in front of her preventing Laurie to open the door and bump into Yvonne. She got really upset and yelled "do not touch me! I will hurt you " , Laurie open the door and at that point Yvonne lift her fist but Laurie had walked out and another coworker grab Yvonne's arm and told her not to risk her job by hitting Laurie.

Blanca Eguia, RMA.

EEOC Form 5 (07/24)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 460-2024-08568 |
| Texas Workforce Commission Civil Rights Division | |

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Mrs. Janet L. Gonzales

Home Phone:    ·(713) 295-9733

Year of Birth:    1962

Street Address:  3906 Burch Street

HOUSTON, TX 77003

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: MEMORIAL HERMANN SC OF TEXAS

No. Employees, Members: 501+ Employees

Phone No.:

Street Address:  6400 FANNIN STREET SUITE 1500

HOUSTON, TX 77030

Name:

No. Employees, Members:

Phone No.:

Street Address:

DISCRIMINATION BASED ON:

Age, Race, Retaliation

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 03/01/2024

Latest: 08/26/2024

THE PARTICULARS ARE:

I held the position of Medical Assistant (Floater) from on or about June 6, 2022, until my constructive discharge on August 26, 2024. I am 62 years old and a White female.  During my employment I was subjected to harassment from Tina Last Name Unknown (LNU) White, Lab Tech and Ivonne LNU, Black, Medical Assistant. The harassment began with Tina on or about March 2024, as a form of retaliation after I reported Tina for failing to provide patient care. Thereafter Ivonne also began to subject me to the same harassment. I filed numerous complaints and reported the retaliation·to Gina Heckles, RN Office Manager, Janice Cobb, RN Clinical Coordinator and Sapna LNU, Director, however no action was taken.

On August 23, 2024, an argument ensued in the Triage area between Tina, Ivonne and I, when Tina and Ivonne began subjecting me to harassment. I accidently bumped Ivonne, who in turn threatened to hurt me and raised her fists. I was afraid for my safety and left the area. An investigation occurred of which Respondent failed to interview my witness. I had no choice but to resign. I am aware no action was taken against Ivonne for threatening me with violence. After my resignation, I became aware that Respondent misclassified my resignation as a termination to further retaliate and harass me.

I believe I was discriminated against because of my age, 62, in violation of the Age Discrimination in Employment Act and my race, White and subjected to retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended.

Page 1 of 3

EEOC Form 5 (07/24)

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally Signed By: Mrs. Janet L. Gonzales

12/06/2024

Charging Party Signature & Date

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Signature of Complainant

Subscribed and sworn to before me this date: 1/6/25

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Houston District Office
1919 Smith Street, 6th Floor
Houston, TX 77002
(346) 327-7700
Website: www.eeoc.gov

### DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/19/2024

**To:** Mrs. Janet L. Gonzales
3906 Burch Street
HOUSTON, TX 77003
Charge No: 460-2024-08568

EEOC Representative and email:  NELLY TAMEZ
EEO Investigator
Nelly.Tamez@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 460-2024-08568.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
12/19/2024

Rayford O. Irvin
District Director

Cc:
Kristi Glowka
6400 FANNIN STREET SUITE 1500
HOUSTON, TX 77030


Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 460-2024-08568 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Rayford O. Irvin, 1919 Smith Street 6th Floor, Houston, TX 77002.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 460-2024-08568 to the District Director at Rayford O. Irvin, 1919 Smith Street 6th Floor, Houston, TX 77002.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

**Subject** Racial discrimination

**To:** [Janet Gonzales <jcaughron@yahoo.com>]

**From** jcaughron082@gmail.com <jcaughron082@gmail.com>

**Date:** Wed, Nov 20, 2024 at 12:40 PM

Hi! Check out this note I just made on Notes Launcher:

Lori.knowles@memorialhermann.org

(855) 547-3307

Dear Mrs. Knowles,    My name is Janet Gonzales ( 61 year old Caucasian female )a former employee of Memorial Hermann Healthcare System. I worked from June 6, 2022 till August 23, 2024 at Ertan Digestive Disease Center 6400 Fannin Suite 1400.    My title medical assistant. There Was a Occurrence that happened, and I am certain that human resources and the proper authorities were not notified. I have reach out, and someone in the human resource department called me. I explained to the person that called me, that I am a patient and that I am fearful to make my appointment    because of the occurrence that happened with a former coworker. She raised her fist at me, got 2 inches away from my face and verbally threatened me. She is still employed there.    This led to an unfair investigation, as head of security did not interview my witness. I have been treated unfairly, retaliated against, harassed, verbally threatened and racially discharged against. I was forced to resign due to this occurrence.

It states in Standards of Conduct that verbal assault and retaliation are not tolerated in the workplace as this creates a hostile work environment . YOU WILL BE TERMINATED!

The statement below is what happened  HEAD OF HUMAN RESOURCES Lori.knowles@memorialhermann.org(855) 547-33071. Harassment and RETALIATION(AGE, RACIAL DISCRIMINATION)By: TINA ( LAB TECHNICIAN    ) Caucasian ? Hispanic ? 30-40 YEARS OF AGETina lab technician received recognition and an award due to Patient survey and a letter.The same patient that wrote the letter about her came into the office and needed her blood drawn. I went to the lab, and I told Tina; the patient that wrote the letter and got you the award is here and needs her blood drawn. 6/2024 11:45 am.    Tina said in a loud aggressive voice, well she's just going to have to wait until 1:00 because I'm going to lunch.    I reported this to Jenise Cobb ( Office Coordinator) Caucasian 30-40 YEARS OF AGE    and to Gina Huckles ( Office manager) Caucasian 40 to 50 years of age . As we just had a meeting a week before indicating that Tina is not to take lunch until 12 noon.    Gina Huckles and Janice Cobb went to the lab and spoke with Tina regarding this patient. Tina lied and said I never told her who this patient was. Witnesses to this conversation:Pam ( Triage Medical Assistant) Hispanic 30-40 YEARS OF AGE    Blanca ( Triage medical assistant) Hispanic    30-40 YEARS OF AGE She has retaliated against me ever since then, I have been bullied and harassed by Tina lab technician because I reported her to management regarding this patient incident in June 2024.    She retaliated against me and bullied me on a daily basis. August 21 2024 I went into the lab and placed a patient sticker on the lab log. Tina SLAMMED THE DOOR  as I walked out. Glenty Thamas NP and Christine ( Nutritionist )Both visually witness Tina ( lab technician)Retaliate against me.   Late June 2024, Glenty Thomas ( nurse practitioner ) Mid Eastern 30 to 40 years of age took a patient into the lab and left her there. Tina lab technician was not there at the time. When Tina returned to the lab and saw the patient there, she immediately walked out, went to the nurses station, and started yelling at me; why did you put a patient in there when I'm not there. Glenty Thomas nurse practitioner told Tina I put the patient there what is the problem. Tina told her, don't put any patients in the lab when I'm not there have them wait in the lobby.Same scenario in July 2024. Christine ( Nutritionist ) Caucasian 30 to 40 years of age took a patient to the lab and left her there. Once again Tina was not there. When she returned she did the same thing came looking for me and started screaming at me. Christine the nutritionist witness this and asked what is going on what is the problem. I explained to Christine the nutritionist that the lab technician Tina does not like us putting patients in her lab.This was a daily ritual with her, giving me dirty looks.2. HARASSMENT    ( Age, racial discrimination)BY: MICHELLE ( MEDICAL ASSISTANT) Hispanic 30-40 YEARS OF AGE    Harassed by Michelle, (medical assistant ) regarding FibroScan.One occurrence happened July/2024 because FibroScan patients are being put on the Whiteboard. Michelle decided that this needed to be done because she is now doing fibro scans.    ( This was never done in the past.)Overhead paged was done

when a patient is ready to have a FiboScan. I spoke with Michelle about this, and she responded with a attitude stating, well we want to have them on the board. So I walked away, and she said real loud voice, you can talk to Janice about it. I then came back around the corner and told her I already did. Witnesses involved in this incident were Alethia ( medical assistant ) black 30 to 40 years of age and Jocelyn ( medical assistant) block 30 to 40 years of age.06/2024, Michelle, Tina in the clinic nurses station talking about me. Little did they know I was standing around the corner. The conversation was related to Tina and when I reported her to Gina and Jenise about the patient that needed the blood draw. I came around the corner and they stopped talking. Alethia and Tori ( medical assistant) Black  30-40 YEARS OF AGE both Witnesses. I approached Michelle and I told her, working here is not all about Glitz and glamor. It's about patient care, sympathy, and when you're unable to accommodate a patient and care for them, you don't belong in the medical field.HARASSMENT ( RACIAL DISCRIMINATION)Violent workplace    ( Verbally threatened)Retaliation    BY: YVONNE ( TRIAGE MEDICAL ASSISTANT) BLACK 30-40 YEARS OF AGE    Today is August 23, 2024 at approximately 8:30 a.m. A very unfortunate occurrence happened.I was verbally assaulted by my coworker Yvonne. I'm working in triage this morning. There is a patient ready to be brought back to triage. I checked the patient's name on the Whiteboard where I put my initials triage and checked off the time brought back . I then and opened the chart and proceeded to charges and the chart is blocked with Yvonne's name.    I told Yvonne, I'm in her chart. Yvonne said NO LOUD AND AGRESSIVE I'M IN HER CHART. She proceeds to tell me, there will be more patient.    I then told her, we need to do 1'2'3 meaning room 1 is for her to triage, 2 is me and 3 is Blanca. Go in order.    She said NO very loud and aggressive. Her quote was; I get whatever patient I want.    I then exit triage 2 and she was standing in the hallway on my left, where we met, and Tina ( lab tech) was standing in front of me on my right. Yvonne got in my face and said very loud, I'M NOT GOING TO ARGUE WITH YOU! I said I'm not going to argue with you either.    They are both blocking the exit door. I tried to exit through the door and Yvonne jumped in front of me. I then ran into her bumping her on her right shoulder. She's then jumped in my faceand raised her fist and said " I WILL HURT YOU.    She then told me to go around. I then turned around went back into triage and got my phone. I made it to the door and as soon as I opened the door I told her, try it.    She followed me with her fist raised, when Alethia came from around the corner because she heard Yvonne screaming, she got behing Yvonne and grabbed her hand and said, stop, don't do it, it's not worth loosing your job. I then walked over to procedure side to find Jenise.    I told Janice, we have a problem. She said, I already know, Anna ( secretary )Hispanic 35 to 45 years, of age just sent me a text.    Anna's office is next to triage and she heard Yvonne screaming at me.    Janice Cobb ( Office Coordinator ), Gina Heckles ( Office manager ), Yvonne, Tina, Blanca, and Sapna ( Upper Management,    Gina's    boss )    Hispanic 30-40 YEARS OF AGE, and myself met in the conference room. We were given the opportunity to state what happened. Once we were done giving our statement, we were told to return to work. I would say 15 minutes later. I was called back into the conference room where I met with three security officers. They asked me what happened. I then again gave my statement. They asked me why I didn't report the daily harassment and bullying. I told them I'm here to work. I don't get involved with drama and I don't like drama. They told me that I need to report this from now on. I then returned the triage and continue to work. I would say 10 to 15 minutes later I was approached by Gina Heckles, and was told to go home for the day.RACIAL DISCRIMINATION BY: SAPNA ( UPPER MANAGEMENT) HISPANIC 35-45 YEARS OF AGE    Called by Sapna and John ( head of the department ) Caucasian 40 to 50 years of age. And was told that I was terminated due to standard of conduct. I said well I hope Yvonne got fired too for verbally assaulting me which is also indicated in standards of conduct. She told me she could not go into that with me. I then told her well it's too late, I've already resigned and I sent my letter to Janice.Yvonne still working there, even though she raised her fist at me and Verbally assaulted me. ( Racial discrimination )JOB TITLES Yvonne, triage medical assistant. Black 30 to 40 years of age. Her job is to take vital signs on the patients and update any changes in her medical chart.She was treated more fairly because she's still working there even though she raised her fist at me and verbally threatened me which is in standards of conduct.Michelle, medical assistant, Hispanic 30 to 4  years of age. Her job is to discharge patients, give them any instructions on procedures and assist the physician with exams. And performs fibroscans. She is treated more fairly because she has been working there a very long time and is a friend of Sapna. Tina, lab technician, Hispanic 30 to 40 years of age. Her job is to draw blood on patients. She is treated more fairly than me because she is still working there even though she retaliated against me.Sapna, upper management, Hispanic 35 to 45 years of age. Her job title is different than mine. Upper management. She is still working there. And I don't even believe she reported this incident the head of HR department.Michelle and myself have the same job title medical assistant, same description discharge patients, instruct patients and perform fibroscans.Attached Resignation Letter.    I am writing to formally tender my resignation from Medical Assistant with EDDC at Memorial Hermann Healthcare System effective August 26, 2024. It is with a heavy heart that I make this decision, but recent experiences have compelled me to prioritize my well-being and seek a more conducive work environment. Over the past 3-4 months. I have faced persistent and distressing instances of bulling, retaliation and

environment.Over the past 3-4 months, I have faced persistent and distressing instances of bulling, retaliation and harassment in the workplace.   This ongoing harassment has created an untenable and hostile work environment, making it impossible for me to continue my role at EDDC.I want to emphasize that my decision to resign is not a reflection of my dedication to the job or my commitment to the team. Rather, it is a necessary step to protect my physical, mental and emotional health. I believe that everyone deserves to work in an environment free from harassment, and regrettably, this has not been my experience at EDDC.I have documented instances of the harassment for your reference and would be willing to share this information with HR or any relevant department to contribute to a healthier workplace culture. I encourage EDDC to take these matters seriously and address the underlying issues to ensure a safe and respectful environment for all employees.I appreciate the opportunities for professional growth that EDDC has provided me during my tenure. I sincerely hope that steps will be taken to rectify the issues at hand so that future employees can work in a more inclusive and supportive atmosphere.Thank you for your understanding, and I look forward to moving forward with my career in an environment that prioritizes the well-being and dignity of its employees.Sincerely,Janet Gonzales

Show trimmed content<a rel="nofollow noopener noreferrer" shape="rect" id="yiv8655311340ymail_android_signature_link" target="_blank" href="https://mail.onelink.me/107872968?pid=NativePlacement&amp;c=Global_Acquisition_YMktg_315_EmailSignatureGrowth_YahooMail:Search,Organize,Conquer&amp;af_sub1=Acquisition&amp;af_sub2=Global_YMktg&amp;af_sub3=&amp;af_sub4=100000945&amp;af_sub5=OrganizeConquer__Static_" style="overflow-wrap: break-word; word-break: break-word; color: rgb(0, 99, 235);">Yahoo Mail: Search, Organize, Conquer</a>Hide trimmed content


Download the app here: https://t.ly/AzdZJ

Yahoo Mail: Search, Organize, Conquer

**Subject**   -Head of security interview

**To:**   [Janet Gonzales <jcaughron@yahoo.com>]

**From**   jcaughron082@gmail.com <jcaughron082@gmail.com>

**Date:**   Wed, Nov 20, 2024 at 12:45 PM

Hi! Check out this note I just made on Notes Launcher:

INTERVIEWED BY HEAD OF SECURITY

On 8/23/24 I was called by Sapna ( Upper Management ) and was told to come into the office on August 26th at 12 noon, to meet with head of security.
The head of security kept interrupting me, as I am trying to give my statement regarding the occurrence that happened on 8/23/24.     When I told him Yvonne jumped in front of me as I was trying to exit the door, I bumped into her. His  quote was ( that was more than a bump ). He      then said that the hospital has cameras installed. He went on to say, show me the exit door that is in triage, and whereabouts did this happen. At the end of the interview he asked me if I wanted to stick to my statement. I told him yes.
In the end, he forgot that I was to show him the exit door to triage and where this incident occurred . He never interviewed my Witness and didn't follow protocol and procedures.

I received a call from Sapna and John. She told me that I was terminated due to standard of conduct.
I said well, I hope Yvonne got fired too for verbally assaulting me which is also indicated in standards of conduct.
She told me she could not go into that with me. I then told her well it's too late, I've already resigned and I sent my letter to Janice.
Yvonne still working there, even though she Verbally assaulted me. ( Racial discrimination

Download the app here: https://t.ly/AzdZJ

Yahoo Mail: Search, Organize, Conquer

**Subject**  Racial discrimination

**To:**    [Janet Gonzales <jcaughron@yahoo.com>]

**From**   jcaughron082@gmail.com <jcaughron082@gmail.com>

**Date:**  Wed, Nov 20, 2024 at 12:40 PM

Hi! Check out this note I just made on Notes Launcher:

Lori.knowles@memorialhermann.org

(855) 547-3307

Dear Mrs. Knowles,    My name is Janet Gonzales ( 61 year old Caucasian female )a former employee of Memorial Hermann Healthcare System. I worked from June 6, 2022 till August 23, 2024 at Ertan Digestive Disease Center 6400 Fannin Suite 1400.    My title medical assistant. There Was a Occurrence that happened, and I am certain that human resources and the proper authorities were not notified. I have reach out, and someone in the human resource department called me. I explained to the person that called me, that I am a patient and that I am fearful to make my appointment         because of the occurrence that happened with a former coworker. She raised her fist at me, got 2 inches away from my face and verbally threatened me. She is still employed there.         This led to an unfair investigation, as head of security did not interview my witness. I have been treated unfairly, retaliated against, harassed, verbally threatened and racially discharged against.   I was forced to resign due to this occurrence.

It states in Standards of Conduct that verbal assault and retaliation are not tolerated in the workplace as this creates a hostile work environment . YOU WILL BE TERMINATED!

The statement below is what happened  HEAD OF HUMAN RESOURCES Lori.knowles@memorialhermann.org(855) 547-33071. Harassment and RETALIATION(AGE, RACIAL DISCRIMINATION)By: TINA ( LAB TECHNICIAN       ) Caucasian ? Hispanic ? 30-40 YEARS OF AGETina lab technician received recognition and an award due to Patient survey and a letter.The same patient that wrote the letter about her came into the office and needed her blood drawn. I went to the lab, and I told Tina; the patient that wrote the letter and got you the award is here and needs her blood drawn. 6/2024 11:45 am.     Tina said in a loud aggressive voice, well she's just going to have to wait until 1:00 because I'm going to lunch.    I reported this to Jenise Cobb ( Office Coordinator) Caucasian 30-40 YEARS OF AGE    and to Gina Huckles ( Office manager) Caucasian 40 to 50 years of age . As we just had a meeting a week before indicating that Tina is not to take lunch until 12 noon.        Gina Huckles and Janice Cobb went to the lab and spoke with Tina regarding this patient. Tina lied and said I never told her who this patient was. Witnesses to this conversation:Pam ( Triage Medical Assistant) Hispanic 30-40 YEARS OF AGE    Blanca ( Triage medical assistant) Hispanic     30-40 YEARS OF AGE She has retaliated against me ever since then, I have been bullied and harassed by Tina lab technician because I reported her to management regarding this patient incident in June 2024.       She retaliated against me and bullied me on a daily basis. August 21 2024 I went into the lab and placed a patient sticker on the lab log. Tina SLAMMED THE DOOR   as I walked out. Glenty Thamas NP and Christine ( Nutritionist )Both visually witness Tina ( lab technician)Retaliate against me.    Late June 2024, Glenty Thomas ( nurse practitioner ) Mid Eastern 30 to 40 years of age took a patient into the lab and left her there. Tina lab technician was not there at the time. When Tina returned to the lab and saw the patient there, she immediately walked out, went to the nurses station, and started yelling at me; why did you put a patient in there when I'm not there. Glenty Thomas nurse practitioner told Tina I put the patient there what is the problem. Tina told her, don't put any patients in the lab when I'm not there have them wait in the lobby.Same scenario in July 2024. Christine ( Nutritionist ) Caucasian 30 to 40 years of age took a patient to the lab and left her there. Once again Tina was not there. When she returned she did the same thing came looking for me and started screaming at me. Christine the nutritionist witness this and asked what is going on what is the problem. I explained to Christine the nutritionist that the lab technician Tina does not like us putting patients in her lab.This was a daily ritual with her, giving me dirty looks.2. HARASSMENT      ( Age, racial discrimination)BY: MICHELLE ( MEDICAL ASSISTANT) Hispanic 30-40 YEARS OF AGE    Harassed by Michelle, (medical assistant ) regarding FibroScan.One occurrence happened July/2024 because FibroScan patients are being put on the Whiteboard. Michelle decided that this needed to be done because she is now doing fibro scans.       ( This was never done in the past.)Overhead paged was done

when a patient is ready to have a FiboScan. I spoke with Michelle about this, and she responded with a attitude stating, well we want to have them on the board. So I walked away, and she said real loud voice, you can talk to Janice about it. I then came back around the corner and told her I already did. Witnesses involved in this incident were Alethia ( medical assistant ) black 30 to 40 years of age and Jocelyn ( medical assistant) block 30 to 40 years of age.06/2024, Michelle, Tina in the clinic nurses station talking about me. Little did they know I was standing around the corner. The conversation was related to Tina and when I reported her to Gina and Jenise about the patient that needed the blood draw. I came around the corner and they stopped talking. Alethia and Tori ( medical assistant) Black   30-40 YEARS OF AGE both Witnesses. I approached Michelle and I told her, working here is not all about Glitz and glamor. It's about patient care, sympathy, and when you're unable to accommodate a patient and care for them, you don't belong in the medical field.HARASSMENT ( RACIAL DISCRIMINATION)Violent workplace      ( Verbally threatened)Retaliation      BY: YVONNE ( TRIAGE MEDICAL ASSISTANT) BLACK 30-40 YEARS OF AGE    Today is August 23, 2024 at approximately 8:30 a.m.  A very unfortunate occurrence happened.I was verbally assaulted by my coworker Yvonne.  I'm working in triage this morning. There is a patient ready to be brought back to triage. I checked the patient's name on the Whiteboard where I put my initials triage and checked off the time brought back . I then and opened the chart and proceeded to charges and the chart is blocked with Yvonne's name.  I told Yvonne, I'm in her chart. Yvonne said NO LOUD AND AGRESSIVE I'M IN HER CHART. She proceeds to tell me, there will be more patient.     I then told her, we need to do 1'2'3 meaning room 1 is for her to triage, 2 is me and 3 is Blanca. Go in order.       She said NO very loud and aggressive. Her quote was; I get whatever patient I want.     I then exit triage 2 and she was standing in the hallway on my left, where we met, and Tina ( lab tech) was standing in front of me on my right. Yvonne got in my face and said very loud, I'M NOT GOING TO ARGUE WITH YOU! I said I'm not going to argue with you either.         They are both blocking the exit door. I tried to exit through the door and Yvonne jumped in front of me. I then ran into her bumping her on her right shoulder. She's then jumped in my faceand raised her fist and said " I WILL HURT YOU.       She then told me to go around. I then turned around went back into triage and got my phone. I made it to the door and as soon as I opened the door I told her, try it.      She followed me with her fist raised, when Alethia came from around the corner because she heard Yvonne screaming, she got behing Yvonne and grabbed her hand and said, stop, don't do it, it's not worth loosing your job. I then walked over to procedure side to find Jenise.      I told Janice, we have a problem. She said, I already know, Anna ( secretary )Hispanic 35 to 45 years, of age just sent me a text.    Anna's office is next to triage and she heard Yvonne screaming at me.    Janice Cobb ( Office Coordinator ), Gina Heckles ( Office manager ), Yvonne, Tina, Blanca, and Sapna ( Upper Management,      Gina's   boss )   Hispanic 30-40 YEARS OF AGE, and myself met in the conference room. We were given the opportunity to state what happened. Once we were done giving our statement, we were told to return to work. I would say 15 minutes later. I was called back into the conference room where I met with three security officers. They asked me what happened. I then again gave my statement. They asked me why I didn't report the daily harassment and bullying. I told them I'm here to work. I don't get involved with drama and I don't like drama. They told me that I need to report this from now on. I then returned the triage and continue to work. I would say 10 to 15 minutes later I was approached by Gina Heckles, and was told to go home for the day.RACIAL DISCRIMINATION BY: SAPNA ( UPPER MANAGEMENT) HISPANIC 35-45 YEARS OF AGE    Called by Sapna and John ( head of the department ) Caucasian 40 to 50 years of age. And was told that I was terminated due to standard of conduct. I said well I hope Yvonne got fired too for verbally assaulting me which is also indicated in standards of conduct. She told me she could not go into that with me. I then told her well it's too late, I've already resigned and I sent my letter to Janice.Yvonne still working there, even though she raised her fist at me and Verbally assaulted me. ( Racial discrimination )JOB TITLES Yvonne, triage medical assistant. Black 30 to 40 years of age. Her job is to take vital signs on the patients and update any changes in her medical chart.She was treated more fairly because she's still working there even though she raised her fist at me and verbally threatened me which is in standards of conduct.Michelle, medical assistant, Hispanic 30 to 40 years of age. Her job is to discharge patients, give them any instructions on procedures and assist the physician with exams. And performs fibroscans. She is treated more fairly because she has been working there a very lcng time and is a friend of Sapna. Tina, lab technician, Hispanic 30 to 40 years of age. Her job is to draw blood on patients. She is treated more fairly than me because she is still working there even though she retaliated against me.Sapna, upper management, Hispanic 35 to 45 years of age. Her job title is different than mine. Upper management. She is still working there. And I don't even believe she reported this incident the head of HR department.Michelle and myself have the same job title medical assistant, same description discharge patients, instruct patients and perform fibroscans.Attached Resignation Letter.     I am writing to formally tender my resignation from Medical Assistant with EDDC at Memorial Hermann Healthcare System effective August 26, 2024. It is with a heavy heart that I make this decision, but recent experiences have compelled me to prioritize my well-being and seek a more conducive work environment Over the past 3-4 months  I have faced persistent and distressing instances of bulling  retaliation and

environment.Over the past 3-4 months, I have faced persistent and distressing instances of bullying, retaliation and harassment in the workplace.   This ongoing harassment has created an untenable and hostile work environment, making it impossible for me to continue my role at EDDC.I want to emphasize that my decision to resign is not a reflection of my dedication to the job or my commitment to the team. Rather, it is a necessary step to protect my physical, mental and emotional health. I believe that everyone deserves to work in an environment free from harassment, and regrettably, this has not been my experience at EDDC.I have documented instances of the harassment for your reference and would be willing to share this information with HR or any relevant department to contribute to a healthier workplace culture. I encourage EDDC to take these matters seriously and address the underlying issues to ensure a safe and respectful environment for all employees.I appreciate the opportunities for professional growth that EDDC has provided me during my tenure. I sincerely hope that steps will be taken to rectify the issues at hand so that future employees can work in a more inclusive and supportive atmosphere.Thank you for your understanding, and I look forward to moving forward with my career in an environment that prioritizes the well-being and dignity of its employees.Sincerely,Janet Gonzales

Show trimmed content<a rel="nofollow noopener noreferrer" shape="rect" id="yiv8655311340ymail_android_signature_link" target="_blank" href="https://mail.onelink.me/107872968?pid=NativePlacement&amp;c=Global_Acquisition_YMktg_315_EmailSignatureGrowth_YahooMail:Search,Organize,Conquer&amp;af_sub1=Acquisition&amp;af_sub2=Global_YMktg&amp;af_sub3=&amp;af_sub4=100000945&amp;af_sub5=OrganizeConquer__Static_" style="overflow-wrap: break-word; word-break: break-word; color: rgb(0, 99, 235);">Yahoo Mail: Search, Organize, Conquer</a>Hide trimmed content

Download the app here: https://t.ly/AzdZJ

Yahoo Mail: Search, Organize, Conquer

**Subject**   Memorial Hermann HR department.

**To:**   [Janet Gonzales <jcaughron@yahoo.com>]

**From**   jcaughron082@gmail.com <jcaughron082@gmail.com>

**Date:**   Wed, Nov 20, 2024 at 12:44 PM

*Dear Human Resources Manager,*

*I am a Caucasian patient and former employee with Ertan Digestive Disease Center at Memorial Hermann Hospital. This is a formal complaint of racial discrimination in the workplace that I had been subjected to, while employed with EDDC. The harasser's were my coworkers, Yvonne (Black) Jameka ( Black ) Jonah ( Black )The following events are among those that I consider as racial discrimination:*

*Earlier in the year Janika was assigned to taking phone calls . She approached me while I was in clinic with patients and told me that a patient was returning my call . I asked her if she opened the patient's chart to see why I was calling her . She then said , GIRL, they were calling you, so I sent you the message . She then proceeds to turn around and high five another employee Jonah who is also Black. And then they both laughed. I did not appreciate those comments and was offended.*

*On several occasions I overheard Yvonne making a comment about white people stating (oh that's a Karen). She intentionally said this comment when I was around. On August 23, 2024 an unfortunate incident occurred between myself and Yvonne. She raised her fist at me and threatened me by saying I will hurt you. Needless to say I resigned due to continuous harassment and discrimination and I was fearful for my safety. Yvonne is still employed there. Human resources and security did not take my statement seriously. And did not interview my Witnesses . I reported this to your HR department on August 27,2004. I received a phone call from someone in HR, she basically said have another medical assistant take care of you when you go in for your appointment. This is unacceptable.*

Sincerely,

Janet Gonzales

Janet Gonzales
3906 Burch St.
Houston, Texas
77003



US District Court

P.O. Box 61010

Houston, Texas 77208

United States Courts
Southern District of Texas
FILED

JAN 09 2025

Nathan Ochsner, Clerk of Court